UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ARTHUR D. WEISS,

        Plaintiff,

v.                                          Case No.  1:05-cv-158-MP-GRJ

CITY OF GAINESVILLE,

        Defendant.
_____/

## ORDER

This matter is before the Court on Defendant City of Gainesville's Notice of Withdrawal of Any And All Pending Motions. (Doc. 549.) Defendant advises that pursuant to a settlement reached by the parties, the Defendant withdraws all pending motions including the pending motions requesting an award of attorney's fees incurred in the trial and appellate courts, expert witness fees and costs and Rule 11 sanctions. Defendant further requests the Court to cancel the oral argument recently scheduled by the Court to address the pending motions.

Accordingly, upon due consideration, it is **ORDERED**:

1. The Clerk is directed to **TERMINATE as moot** the following motions:
    (a) Defendant, City of Gainesville's Motion For Entitlement To Attorneys' Fees, Including Expert Witness Fees, And Costs (Doc. 428);
    (b) Defendant's Motion For Rule 11 Sanctions (Doc. 430); and
    (c) Defendant's Amended Motion For Rule 11 Sanctions. (Doc. 431.)

2. The Clerk is also directed to **TERMINATE as moot** Plaintiff Arthur D. Weiss' Opposed Motion For Leave To File Objection To The City's Reply to Weiss' Opposition To The City's Motion For Rule 11 Sanctions (Doc. 467.)

3. Defendant's application for appellate attorney's fees, transferred to this Court for determination, also is **TERMINATED as moot**. (Doc. 545.)

4.  The hearing scheduled for Monday, October 22, 2012 is **CANCELED.**

**DONE AND ORDERED** in Gainesville, Florida, on this 15th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge